**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 267 EAL 2021
                                          :
             Respondent            :
                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court
             v.                         :
                                          :
                                          :
MARQUIS ROBINSON,                  :
                                          :
             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.